UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS JACKSON (#636992)            CIVIL ACTION

VERSUS

JOHN BEL EDWARDS, ET AL.            NO.: 16-00165-BAJ-RLB

### RULING AND ORDER

*Pro se* plaintiff Thomas Jackson filed this lawsuit purportedly as "next friend" of Gregory Cormier. The Magistrate Judge has issued a report recommending that this action be dismissed, with prejudice, for lack of standing, failure to prosecute in the name of the real party in interest, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 15). Plaintiff has filed objections and supplemental objections to the Magistrate Judge's report. (Docs. 17, 18).

Having independently considered the Magistrate Judge's report previously filed herein, determining that the findings are correct under applicable law, the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATIONS (Doc. 51)** and **ADOPTS** it as the Court's opinion herein.[1] Therefore **IT IS ORDERED** that this action be **DISMISSED WITH PREJUDICE**, and all pending motions are hereby **DENIED AS MOOT**. The Court declines to exercise

---

[1] The Court agrees that even if the real party in interest, Gregory Cormier, had filed this matter on his own behalf, it would still be legally frivolous and fail to state a claim upon which relief may be granted. (Doc. 15 at p. 7 n.3).

1

supplemental jurisdiction over any potential state law claims set forth in the complaint, as amended.

Baton Rouge, Louisiana, this 31st day of May, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA